# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

139770

GWENDER LAURY,
      Plaintiff-Appellee,

v

COLONIAL TITLE COMPANY,
      Defendant/Third-Party Defendant-
      Appellant,

and

FRANZ IVEZAJ, MARILYN E. JOHNSON,
and RAYMOND DEBATES,
      Defendants-Appellants,

and

DEWAYNE JOHNSON, DARRELL BOUNDS,
TENCY O'CONNOR, SOFIA JUNCEVIC,
JENNIFER J. KIZZAK, KAREN WHITE,
TIMOTHY SMITH, CENTURY 21 REAL
ESTATE, ROBERT IVEZAJ, JOHN DOE
SURETY, and JOHN DOE CENTURY 21,
      Defendants,

and

WILLIE BROWNLEE, RICHARD ISSA, and
BERNARD ISSA,
      Third-Party Plaintiffs.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139770
COA: 284013
Wayne CC: 04-413821-CH

      On order of the Court, the application for leave to appeal the August 25, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

s1214

_____
Clerk